# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# NORTHERN DIVISION

Matthew Casella, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

Sam's West, Inc.,

    Defendant.

Case No. 3:23-cv-00102-CEA-JEM

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Matthew Casella and Defendant Sam's West, Inc., by and through their undersigned attorneys, hereby stipulate and agree that the above-captioned action should be dismissed with prejudice. Each party will bear its own costs, expenses, and attorneys' fees.

Dated: January 31, 2024

| | |
|---|---|
| /s/ Spencer Sheehan | **BRYAN CAVE LEIGHTON PAISNER LLP** |
| Sheehan & Associates, P.C. | By: /s/ Mark Lenihan |
| Spencer Sheehan, admitted pro hac vice | Ann E. Sternhell-Blackwell, Admitted *Pro Hac Vice* |
| Mitchell Domovsky, admitted pro hac vice | Darci F. Madden, Admitted *Pro Hac Vice* |
| 60 Cuttermill Rd., Ste. 412 | Mark Lenihan, BPR # 036286 |
| Great Neck, NY 11021 | One Metropolitan Square, Suite 3600 |
| (516) 268-7080 | 211 North Broadway |
| spencer@spencersheehan.com | St. Louis, MO 63102 |
| | Tel.: (314) 259-2000 |
| Brent Synder | Fax: (314) 259-2020 |
| BPR # 021700 | liz.blackwell@bclplaw.com |
| 2125 Middlebrook Pike | darci.madden@bclplaw.com |
| Knoxville, TN 37921 | mark.lenihan@bclplaw.com |
| (865) 264-3328 | |
| brent@brentsnyderlaw.com | |

1

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 31, 2024, the foregoing was electronically filed with the Clerk of the Court using the ECF system, which will provide notice to all counsel of record.

                                                /s/ *Mark Lenihan*
                                                Mark Lenihan

2

Case 3:23-cv-00102-CEA-JEM   Document 35   Filed 01/31/24   Page 2 of 2   PageID #: 289